UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SRI KRISHNA JEWELERS, INC., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1176 (EGS) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | ) |
| Defendant. | ) |

## NOTICE OF ATTORNEY APPEARANCE

The Clerk of the Court will please enter the appearance of Kathleen Konopka, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____
KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC  20530
202-616-5309