AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SRI KRISHNA JEWELERS, INC., a Michigan corporation, 31256 Ford Road, Garden City, MI 48135,

SUMMONS IN A CIVIL CASE

V.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, an agency of the United States government.

CASE NUMBER 1:06CV01176

JUDGE: Emmet G. Sullivan

DECK TYPE: Administrative Agency Review

DATE STAMP: 06/27/2006

TO: (Name and address of Defendant)

Kenneth L. Wainstein, U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Piston
Michael E. Piston, PC
4000 Livernois, Suite 110
Troy, MI 48098

an answer to the complaint which is served on you with this summons, within _____sixty (60)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 2 7 2006

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  July 03, 2006 |
| NAME OF SERVER *(PRINT)*  Sue Alexandrowicz | TITLE  Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via U.S. Certified Mail/Return Receipt Requested

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | -0- | -0- |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 03, 2006          *signature*
                   Date             Signature of Server  Sue Alexandrowicz, Legal Assistant
                                    Michael E. Piston, P.C.
                                    4000 Livernois, Suite 110
                                    Troy, MI  48098

                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.