UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SRI KRISHNA JEWELERS, INC. )<br>  )<br> Plaintiff, )<br>  )<br>v. )<br>  )<br>UNITED STATES CITIZENSHIP AND )<br>IMMIGRATION SERVICES, )<br>  )<br> Defendant. )<br>_____) | Civil Action No. 06-1176 (EGS) |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER PLAINTIFF'S COMPLAINT OR FILE A DISPOSITIVE MOTION

Defendant respectfully moves this Court for an extension of time, up to and including October 10, 2006, in which to file its answer to the complaint in the above-captioned matter, or in the alternative, a dispositive motion. Defendant's answer is currently due on September 8, 2006.[1] Counsel for Plaintiff was consulted regarding this motion by telephone on August 30, 2006, and indicated that he had no objection. In support of this motion, Defendant states as follows:

Consultation with agency counsel in this matter has revealed that he only obtained the file in this case today and is not currently in a position to assist undersigned in answering or otherwise responding to the complaint. Thus, he requires additional time to review the file and complaint in this case and provide undersigned with the agency's position and all supporting documentation. The requested one-month extension will ensure that agency counsel has sufficient time to do this, and that undersigned has sufficient time to file the appropriate pleading with this Court.

---

[1] The Court's docket indicates that the summons and complaint were served on July 3, 2006; however, the United States Attorney's Office for the District of Columbia did not receive these documents until July 10, 2006.

WHEREFORE, Defendant respectfully requests that it be permitted to file its answer or dispositive motion in this case on October 10, 2006.

        Respectfully submitted,

        _____
        KENNETH L. WAINSTEIN, DC Bar #451058
        United States Attorney

        _____
        RUDOLPH CONTRERAS, DC Bar #434122
        Assistant United States Attorney

        _____
        KATHLEEN KONOPKA, DC Bar #495257
        Assistant United States Attorney