UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SRI KRISHNA JEWELERS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CITIZENSHIP AND )<br>IMMIGRATION SERVICES, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-1176 (EGS) |

**ORDER**

UPON CONSIDERATION of Defendant's unopposed motion to extend time within which to answer Plaintiff's complaint or file a dispositive motion, and the record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that the Motion shall be, and hereby is, GRANTED,

and it is further,

ORDERED that Defendant shall answer or otherwise respond to Plaintiff's complaint by October 10, 2006.

_____
UNITED STATES DISTRICT JUDGE