# EXHIBIT 1

Case 1:06-cv-01176-EGS    Document 7-2    Filed 10/10/2006    Page 1 of 2

DLEG-BCS-Corp Div Database Lookup-Corp Entity Details                              Page 1 of 1



Michigan.gov Home          DLEG | Sitemap | Contact | Online Services | Agencies        Search

**CORPORATE ENTITY DETAILS**

Searched for: SRI KRISHNA JEWELERS, INC.

ID Num: 445087

Entity Name: SRI KRISHNA JEWELERS, INC.

Type of Entity: Domestic Profit Corporation

Resident Agent: PRADEEP KUMAR

Registered Office Address: 43526 SIMSBURY DRIVE  CANTON  MI  48184

Mailing Address:

Formed Under Act Number(s): 284-1972

Incorporation/Qualification Date: 6-25-1991

Jurisdiction of Origin: MICHIGAN

Number of Shares: 50,000

Year of Most Recent Annual Report: 94

Year of Most Recent Annual Report With Officers & Directors:

Status: AUTOMATIC DISSOLUTION   Date: 7-15-1994

View Document Images

Return to Search Results                                        New Search

Michigan.gov Home  |  DLEG  |  Contact  |  State Web Sites | Site Map
Privacy Policy  |  Link Policy  |  Accessibility Policy  |  Security Policy
Copyright © 2001-2006 State of Michigan