UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SRI KRISHNA JEWELERS, INC.** )<br>)<br>**Plaintiff,** )<br>)<br>)    **Civil Action No. 06-1176 (EGS)**<br>)<br>)<br>**UNITED STATES CITIZENSHIP AND** )<br>**IMMIGRATION SERVICES,** )<br>)<br>**Defendant.** )<br>_____) | |

### ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment, the memorandum of points and authorities in support thereof, the statement of material facts not in dispute, and the attached exhibits, any opposition thereto, any reply, and the entire record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that Defendant's Motion shall be, and hereby is, GRANTED.

_____
UNITED STATES DISTRICT JUDGE