UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SRI KRISHNA JEWELERS, INC. | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-1176 (EGS) |
| | ) |
| UNITED STATES CITIZENSHIP AND | ) |
| IMMIGRATION SERVICES, | ) |
| | ) |
|        Defendant. | ) |
| | ) |

## NOTICE OF FILING

Defendant hereby files the Administrative Record as part of Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment filed on October 10, 2006. The Record, which is voluminous, will be filed in the Clerk's Office in CD-ROM format. Plaintiff will be served with a paper copy of the Administrative Record by US mail.

                                              Respectfully submitted,

                                              JEFFREY A. TAYLOR, D.C. Bar #498610
                                              United States Attorney

                                              RUDOLPH CONTRERAS, D.C. Bar #434122
                                              Assistant United States Attorney

                                              KATHLEEN KONOPKA, D.C. Bar #495257
                                              Assistant United States Attorney
                                              555 4th Street, N.W., Room E4412
                                              Washington, DC 20530
                                              (202) 616-5309

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10TH day of October, 2006, I caused the foregoing Notice of Filing and attached Administrative Record to be served on Plaintiff's counsel via first class United States Mail:

MICHAEL E. PISTON, ESQ.
4000 Livernois, Suite 110
Troy, MI 48098

                                                  KATHLEEN KONOPKA, D.C. Bar #495257
                                                  Assistant United States Attorney
                                                  555 4th Street, N.W., Room E4412
                                                  Washington, DC 20530
                                                  (202) 616-5309