UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| SRI KRISHNA JEWELERS, INC. , <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, an agency of the United States government <br><br><br> Defendant | Electronic Case Filing <br><br> Civil Action No.: 06-1176 (EGS) <br><br> UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT |

Plaintiff, by and through undersigned counsel, submits this Unopposed Motion for Extension of Time to Answer Respond to Defendant's Motion To Dismiss Or In The Alternative For Summary Judgment, including and until December 9, 2006. Additional time is necessary to research and brief complex issues of jurisdiction as well as statutory and regulatory interpretation raised in Defendant's motion.

Pursuant to LCvR 7(m), undersigned counsel contacted Defendant's counsel, who consents to this request.

/s/ Michael E. Piston MIOO2
   Attorney for Plaintiffs
    Michael E. Piston, P.C.
   4000 Livernois Suite 110
    Troy, Michigan 48098
    (248)524-1936
    (248) 680-0627 facsimile
    E-mail: immlaw@piston.net