# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| SRI KRISHNA JEWELERS, INC., <br><br>Plaintiff,<br>vs.<br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, an agency of the United States government<br><br>Defendant | Electronic Case Filing<br><br>Civil Action No.: 06-1176 (EGS)<br><br>STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL |
|---|---|

Plaintiff, by and through its attorney of record, and Defendant, by and through its attorneys of record, hereby stipulate subject to the approval of the Court, to dismissal of the above-entitled action with prejudice pursuant to Rule 41(a)(1)(2) of the Federal Rules of Civil Procedure. Each of the parties shall bear their own costs and fees.

Date: December 12, 2006                    Respectfully submitted,

/s/_____
Michael E. Piston MI002
Attorney for the Plaintiff
Michael E. Piston, P.C.
4000 Livernois Road, Ste. 110
Troy, MI 48098
(248)524-1936 telephone
(248)680-0627 facsimile
michael@piston.net

/s/
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


/s/
JUDITH KIDWELL, D.C.
Assistant United States Attorney
Civil Division
555 4th Street, NW, Room E4905
Washington, DC 20530
Tel: (202) 514-7250


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:

Honorable Emmet G. Sullivan
United States District Judge